IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | |
|---|---|
| JENNIFER WHITED,             ) | |
|                            ) | |
|    Plaintiff,               ) | |
|                            )      CIVIL ACTION NO. | |
|    v.                       )       1:12cv404-MHT | |
|                            )            (WO) | |
| FOREST PHARMACEUTICALS,      ) | |
| INC.,                        ) | |
|                            ) | |
|    Defendant.               ) | |

OPINION

Plaintiff filed this lawsuit charging defendant with
gender and pregnancy discrimination in employment, in
violation of Title VII of the Civil Rights Act of 1964, as
amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17. This
lawsuit is now before the court on the recommendation of
the United States Magistrate Judge that plaintiff's case
be dismissed without prejudice for plaintiff's failure to
perfect service on defendant and plaintiff's failure to
comply with a court order. There are no objections to the
recommendation.  After an independent and de novo review
of the record, the court concludes that the magistrate

judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of December, 2012.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE