IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JENNIFER WHITED,              )
                              )
    Plaintiff,                )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      1:12cv404-MHT
                              )          (WO)
FOREST PHARMACEUTICALS,       )
INC.,                         )
                              )
    Defendant.                )
```

OPINION

Plaintiff filed this lawsuit charging defendant with gender and pregnancy discrimination in employment, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failure to perfect service on defendant and plaintiff's failure to comply with a court order. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate

judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of December, 2012.


           /s/ Myron H. Thompson    
        UNITED STATES DISTRICT JUDGE